IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| **In re:** | * | |
| **TIMOTHY L. BYRD** | * | Case No.: 15-16829 |
| **SILVIA BYRD** | * | |
| Debtors | * | Chapter 13 |
| | * | |
| * * * * * * | * * * * * * * | |
| **US BANK TRUST N.A. AS TRUSTEE** | * | |
| **OF BUNGALOW SERIES F TRUST** | * | |
| Movant | * | |
| v. | * | |
| | * | |
| **TIMOTHY L. BYRD,** | * | |
| **SILVIA BYRD** | * | |
| Debtors | * | |
| | * | |
| Respondent | * | |
| | * | |
| * * * * * * * | * * * * * * | |

## RESPONSE TO NOTICE OF DEFAULT

NOW COMES, Timothy L. Byrd and Silvia Byrd, Debtors/Respondents by and through their attorney, Nicholas J. Del Pizzo, III, and hereby respond to the Notice of Default and for cause states:

1. That Debtors deny the allegations in the Notice of Default.

WHEREFORE, Debtors respectfully request a hearing be scheduled with regard to this matter.

Respectfully submitted,

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III, 24666
7222 Holabird Avenue
Baltimore, MD 21222
410-288-5788
email: njdelpizzo@aol.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of May, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Debtors' Response to Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas     ECF@ch13balt.com, rthomas13@ecf.epiqsystems.com
US Trustee - Baltimore USTPRegion04.BA.ECF@USDOJ.GOV
Gerard R. Vetter gerard.r.vetter@usdoj.gov
ChristopherTadeus Peck cpeck@mtglaw.com, ecfnotifications@mtglaw.com
Gene Jung gene.jung@brockandscott.com, mdecf@brockandscott.com, wbecf@brockandscott.com,cecily.perry@brockandscott.com
Leah Christina Freedman bankruptcy@bww-law.com, leah.freedman@bww-law.com

I HERBY FURTHER CERTIFY that on the 26th day of May, 2020, a copy of the Debtor's Response to Notice of Default was also mailed first class mail, postage prepaid to:

Office of the US Trustee    Timothy & Silvia Byrd
101 W. Lombard St.          1918 Guy Way
Suite 2625                  Dundalk, MD 21222
Baltimore, MD 21201

/s/Nicholas J. Del Pizzo, III
Nicholas J. Del Pizzo, III