**Fill in this information to identify the case:**

Debtor 1: Timothy L. Byrd

Debtor 2: Silvia Byrd
(Spouse, if filing)

United States Bankruptcy Court for the: District of Maryland
(State)

Case number: 15-16829

# Form 4100R
## Response to Notice of Final Cure Payment                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Associaition

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 0 6 2 0

**Property address:** 1918 GUY WAY
Number    Street

Dundalk    MD    21222
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 02/01/18 1@ 643.14, 03/01/18-02/01/19 12@681.06, 03/01/19-09/01/19 7@643.52, 10/01/19-06/01/20 9@789.44    (a)  $ 20,425.46

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ 20,425.46

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    02/01/2018
MM / DD / YYYY

Funds in suspense    $ 265.48
Balance due    $ 20,159.98

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Timothy L. Byrd | | | Case number (if known) | 15-16829 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Christopher T. Peck
Signature

Date 07 / 09 / 2020

Print: Christopher T. Peck
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: McMichael Taylor Gray, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 3550 Engineering Drive, Suite 260
Number    Street

Peachtree Corners, GA 30092
City    State    ZIP Code

Contact phone ( 404 ) 474 – 7149

Email cpeck@mtglaw.com


BSI Financial Services

| Borrower | Byrd | | | |
|---|---|---|---|---|
| Date Filed | 5/12/2015 | | | |
| First Post Petition | 6/1/2015 | | | |
| Due Date | | | | |
| POC Covers | 10/01/13-05/01/15 | | | |

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 6/1/2015 | $454.03 | $187.45 | $641.48 | Filed w/POC |
| 12/1/2016 | $454.03 | $189.11 | $643.14 | NOPC |
| 3/1/2018 | $454.03 | $227.03 | $681.06 | NOPC |
| 11/1/2019 | $454.03 | $335.41 | $789.44 | NOPC |
| | | $0.00 | | |
| | | $0.00 | | |

Payment Changes

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | APO Credit | APO Debit | APO Suspense Balance | APO Paid to Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/4/2015 | $680.00 | 6/1/2015 | 10/1/2013 | $641.48 | $38.52 | $38.52 | | $38.52 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 7/16/2015 | $680.00 | 7/1/2015 | 11/1/2013 | $641.48 | $38.52 | $38.52 | | $77.04 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 10/5/2015 | $680.00 | 10/1/2015 | 12/1/2013 | $641.48 | $680.00 | $680.00 | | $757.04 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 10/7/2015 | $680.00 | 8/1/2015 | 12/1/2013 | $641.48 | $680.00 | $680.00 | | $115.56 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 10/19/2015 | $680.00 | 8/1/2015 | 12/1/2013 | $641.48 | $680.00 | $680.00 | | $795.56 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 10/21/2015 | $640.00 | 9/1/2015 | 1/1/2014 | $641.48 | $640.00 | $640.00 | | $154.08 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 11/13/2015 | $640.00 | 9/1/2015 | 1/1/2014 | $641.48 | $640.00 | $640.00 | | $794.08 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 11/17/2015 | $640.00 | 10/1/2015 | 2/1/2014 | $641.48 | $640.00 | $640.00 | | $152.60 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 12/14/2015 | $640.00 | 10/1/2015 | 2/1/2014 | $641.48 | $640.00 | $640.00 | | $792.60 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 12/16/2015 | $640.00 | 11/1/2015 | 3/1/2014 | $641.48 | $640.00 | $640.00 | | $151.12 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 1/14/2016 | $680.00 | | | $641.48 | $680.00 | $680.00 | | $831.12 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 1/18/2016 | $680.00 | 12/1/2015 | 4/1/2014 | $641.48 | $680.00 | $680.00 | | $189.64 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 2/11/2016 | $680.00 | | | $641.48 | $680.00 | $680.00 | | $869.64 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 2/15/2016 | $680.00 | 1/1/2016 | 5/1/2014 | $641.48 | $680.00 | $680.00 | | $228.16 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 3/14/2016 | $680.00 | | | $641.48 | $680.00 | $680.00 | | $908.16 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 3/15/2016 | $680.00 | 2/1/2016 | 6/1/2014 | $641.48 | $680.00 | $680.00 | | $266.68 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 4/13/2016 | | Trustee Payment | | $641.48 | $50.00 | | | $266.68 | | | $0.00 | $0.00 | | | $0.00 | $0.00 | |
| 4/14/2016 | $680.00 | 3/1/2016 | 7/1/2014 | $641.48 | $680.00 | $680.00 | | $946.68 | | | $0.00 | $0.00 | | $295.67 | $295.67 | $0.00 | |
| 4/20/2016 | | Trustee Payment | | $641.48 | $50.00 | | $641.48 | $305.20 | | | $0.00 | $0.00 | | | $295.67 | $0.00 | |
| 4/21/2016 | $680.00 | Pre Petition Applied | | $641.48 | $50.00 | | | $305.20 | | | $0.00 | $0.00 | $425.55 | $664.54 | $56.68 | $721.22 | |
| 5/12/2016 | | Trustee Payment | | $650.00 | $50.00 | | | $305.20 | | | $0.00 | $0.00 | | | $721.22 | $721.22 | |
| 5/13/2016 | $650.00 | 4/1/2016 | 8/1/2014 | $641.48 | $650.00 | $650.00 | | $985.20 | | | $0.00 | $0.00 | $255.33 | $664.54 | $312.01 | $976.55 | |
| 5/16/2016 | | Pre Petition Applied | | $641.48 | $50.00 | | $641.48 | $343.72 | | | $0.00 | $0.00 | | | $312.01 | $976.55 | |
| 6/14/2016 | $680.00 | | | $641.48 | $680.00 | $680.00 | | $1,023.72 | | | $0.00 | $0.00 | | | $312.01 | $976.55 | |
| 6/15/2016 | | Pre Petition Applied | | $641.48 | $50.00 | | $641.48 | $382.24 | | | $0.00 | $0.00 | | | $312.01 | $976.55 | |
| 6/17/2016 | | 5/1/2016 | 9/1/2014 | $641.48 | $50.00 | | | $382.24 | | | $0.00 | $0.00 | | | $312.01 | $976.55 | |
| 6/20/2016 | | Trustee Payment | | $641.48 | $50.00 | | | $382.24 | | | $0.00 | $0.00 | $264.48 | $664.54 | $652.45 | $1,316.99 | |
| 7/7/2016 | | Pre Petition Applied | | $641.48 | $680.00 | | | $1,062.24 | | | $0.00 | $0.00 | | | $652.45 | $1,316.99 | |
| 7/8/2016 | | | | $641.48 | $680.00 | | | $946.68 | | | $0.00 | $0.00 | | | -$12.09 | $1,316.99 | |
| 7/13/2016 | | 6/1/2016 | 12/1/2014 | $641.48 | $50.00 | | $641.48 | $305.20 | | | $0.00 | $0.00 | | | -$12.09 | $1,316.99 | |
| 8/10/2016 | | Trustee Payment | | | $50.00 | | | $305.20 | | | $0.00 | $0.00 | | | -$12.09 | $1,316.99 | |
| 8/11/2016 | | Pre Petition Applied | | | $50.00 | | | $305.20 | | | $0.00 | $0.00 | | | -$12.09 | $1,316.99 | |
| 8/15/2016 | | Trustee Payment | | | $650.00 | | | $985.20 | | | $0.00 | $0.00 | | | -$12.09 | $1,316.99 | |
| 8/16/2016 | | 7/1/2016 | 2/1/2015 | $641.48 | $50.00 | | $641.48 | $343.72 | | | $0.00 | $0.00 | | | $89.36 | $2,082.98 | |
| 9/15/2016 | $650.00 | | | $641.48 | $650.00 | $650.00 | | $429.28 | | | $0.00 | $0.00 | | | $89.36 | $2,082.98 | |
| 9/15/2016 | | 8/1/2016 | 3/1/2015 | $641.48 | $50.00 | | $641.48 | $1,079.28 | | | $0.00 | $0.00 | | $664.54 | $353.84 | $2,347.46 | |
| 9/16/2016 | | Pre Petition Applied | | $641.48 | $50.00 | | | $437.80 | | | $0.00 | $0.00 | | | $353.84 | $2,347.46 | |
| 10/13/2016 | | | | $641.48 | $630.00 | $630.00 | | $1,067.80 | | | $0.00 | $0.00 | | | $353.84 | $2,347.46 | |
| 10/14/2016 | $630.00 | 9/1/2016 | 4/1/2015 | $641.48 | $50.00 | | $641.48 | $426.32 | | | $0.00 | $0.00 | $340.44 | $664.54 | $706.48 | $2,700.10 | |
| 10/20/2016 | | Trustee Payment | | | $680.00 | | | $1,230.22 | | | $0.00 | $0.00 | | | $706.48 | $2,700.10 | |
| 10/21/2016 | | Pre Petition Applied | | $641.48 | $50.00 | | | $426.32 | | | $0.00 | $0.00 | | | $706.48 | $2,700.10 | |
| 11/14/2016 | | | | $641.48 | $577.08 | | | $577.08 | | | $0.00 | $0.00 | | | $41.94 | $2,700.10 | |
| 12/15/2016 | | 12/1/2015 | | $641.48 | $680.00 | $680.00 | | $1,257.08 | | | $0.00 | $0.00 | | $664.54 | $815.22 | $2,700.10 | |
| 12/16/2016 | $680.00 | Trustee Payment | | | $680.00 | $680.00 | | $1,257.08 | | | $0.00 | $0.00 | | | $815.22 | $2,700.10 | |
| 12/19/2016 | | Pre Petition Applied | | | $50.00 | | | $1,257.08 | | | $0.00 | $0.00 | $2,175.68 | | $815.22 | $5,467.00 | |
| 12/19/2016 | | 11/1/2016 | 7/1/2015 | $641.48 | $50.00 | | $641.48 | $615.60 | | | $0.00 | $0.00 | | | $815.22 | $5,467.00 | |
| 1/19/2017 | $680.00 | Trustee Payment | | | $680.00 | $680.00 | | $1,183.36 | | | $0.00 | $0.00 | | | $888.54 | $4,875.78 | |
| 1/19/2017 | | 12/1/2016 | 8/1/2015 | $641.48 | $50.00 | | $641.48 | $541.88 | | | $0.00 | $0.00 | $337.84 | $664.54 | $1,226.38 | $5,213.62 | |
| 1/29/2017 | | Pre Petition Applied | | $641.48 | $540.22 | | | $540.22 | | | $0.00 | $0.00 | | | $1,226.38 | $5,213.62 | |
| 2/10/2017 | | 1/1/2017 | 12/1/2015 | $643.14 | $680.00 | $680.00 | | $1,220.22 | | | $0.00 | $0.00 | | $664.54 | $1,553.84 | $5,213.62 | |
| 2/14/2017 | | Trustee Payment | | $643.14 | $643.14 | | $643.14 | $577.08 | | | $0.00 | $0.00 | $352.64 | $664.54 | $1,553.84 | $5,213.62 | |
| 2/22/2017 | | Trustee Payment | | | $577.08 | | | $577.08 | | | $0.00 | $0.00 | | | $1,553.84 | $5,467.00 | |
| 3/16/2017 | | | | $643.14 | $680.00 | $680.00 | | $1,257.08 | | | $0.00 | $0.00 | | | $815.22 | $5,467.00 | |
| 3/21/2017 | $680.00 | Trustee Payment | | $643.14 | $643.14 | | $643.14 | $613.94 | | | $0.00 | $0.00 | | $664.54 | $1,153.06 | $5,467.00 | |
| 3/21/2017 | | 2/1/2017 | 1/1/2016 | $643.14 | $50.00 | | | $63.94 | | | $0.00 | $0.00 | $337.84 | | $1,488.52 | $5,804.84 | |
| 4/17/2017 | $680.00 | Pre Petition Applied | | $643.14 | $36.86 | $36.86 | | $650.80 | | | $0.00 | $0.00 | | $664.54 | $1,553.06 | $5,804.84 | |
| 4/17/2017 | | 3/1/2017 | 8/1/2016 | $643.14 | $50.00 | | $36.86 | $650.80 | | | $0.00 | $0.00 | | | $1,488.52 | $5,804.84 | |
| 4/19/2017 | | Trustee Payment | | $643.14 | $0.00 | | | $7.66 | | | $0.00 | $0.00 | $422.30 | | $910.82 | $6,227.14 | |
| 5/15/2017 | | 4/1/2017 | 9/1/2016 | $643.14 | $0.00 | | $643.14 | $7.66 | | | $0.00 | $0.00 | | | $910.82 | $6,227.14 | |
| 5/16/2017 | | Trustee Payment | | | $0.00 | | | $7.66 | | | $0.00 | $0.00 | $337.84 | $639.43 | $1,248.66 | $6,564.98 | |
| 5/17/2017 | $680.00 | Pre Petition Applied | | | $680.00 | $680.00 | | $687.66 | | | $0.00 | $0.00 | | | $609.23 | $6,564.98 | |
| 5/19/2017 | | 5/1/2017 | 6/1/2016 | $643.14 | -$643.14 | | $643.14 | $44.52 | | | $0.00 | $0.00 | | | $609.23 | $6,564.98 | |
| 7/13/2017 | | 6/1/2017 | 7/1/2016 | $643.14 | $36.86 | $36.86 | | $81.38 | | | $0.00 | $0.00 | | | $609.23 | $6,564.98 | |
| 7/20/2017 | | Trustee Payment | | | $0.00 | | | $81.38 | | | $0.00 | $0.00 | $337.84 | | $947.07 | $6,902.82 | |
| 8/2/2017 | | | | | $0.00 | | | $81.38 | | | $0.00 | $0.00 | | $639.43 | $1,284.91 | $7,240.66 | |
| 8/2/2017 | | Pre Petition Applied | | | $0.00 | | | $81.38 | | | $0.00 | $0.00 | | | $645.48 | $7,240.66 | |
| 7/12/2017 | $680.00 | 8/1/2017 | 9/1/2016 | $643.14 | $36.86 | $36.86 | | $118.24 | | | $0.00 | $0.00 | | | $645.48 | $7,240.66 | |
| 8/14/2017 | | Late Charges Applied | 10/1/2016 | | $0.00 | | | $155.10 | | | $0.00 | $0.00 | | | $645.48 | $7,240.66 | |
| 8/14/2017 | $680.00 | | | | $36.86 | $36.86 | | $155.10 | | | $0.00 | $0.00 | | | $645.48 | $7,240.66 | |
| 8/14/2017 | | | | | $0.00 | | | $155.10 | | | $0.00 | $0.00 | $22.70 | | $622.78 | $7,240.66 | |
| 8/28/2017 | | Trustee Payment | | | $0.00 | | | $155.10 | | | $0.00 | $0.00 | $253.38 | | $876.16 | $7,494.04 | |
| 9/28/2017 | | Property Pres Fees applied | | | $50.00 | | | $155.10 | | | $0.00 | $0.00 | | $20.07 | $856.09 | $7,494.04 | |
| 11/8/2017 | | Trustee Payment | | | $50.00 | | | $155.10 | | | $0.00 | $0.00 | $30.56 | | $886.65 | $7,524.60 | |
| 11/9/2017 | $2,040.00 | | | | $2,040.00 | | | $2,195.10 | | | $0.00 | $0.00 | | | $886.65 | $7,524.60 | |

| Date | Type | Date2 | Amount | Amount2 | Amount3 | Amount4 | Amount5 | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/13/2017 | | 11/1/2016 | $643.14 | | $1,551.96 | | | |
| 11/13/2017 | | 12/1/2016 | $643.14 | -$643.14 | | $0.00 | | |
| 11/13/2017 | | 11/1/2017 | $643.14 | -$643.14 | | $0.00 | | |
| 12/13/2017 | Trustee Payment | 1/1/2017 | | $643.14 | | $0.00 | | |
| 1/10/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 2/8/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 3/13/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 4/9/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 5/9/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 6/11/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 6/11/2018 | Pre Petition Applied | 2/1/2017 | | | $265.68 | $0.00 | | |
| 6/11/2018 | Pre Petition Applied | 3/1/2017 | | | $265.68 | $0.00 | | |
| 6/11/2018 | Pre Petition Applied | 4/1/2017 | | | $265.68 | $0.00 | | |
| 6/11/2018 | Pre Petition Applied | 5/1/2017 | | | $265.68 | $0.00 | | |
| 6/11/2018 | Pre Petition Applied | 6/1/2017 | | | $265.68 | $0.00 | | |
| 7/10/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 8/14/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 9/11/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 11/7/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 11/7/2018 | Pre Petition Applied | 7/1/2017 | | | $265.68 | $0.00 | | |
| 11/7/2018 | Pre Petition Applied | 8/1/2017 | | | $265.68 | $0.00 | | |
| 12/12/2018 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 3/6/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 4/9/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 5/10/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 6/11/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 7/9/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 8/7/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 9/10/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 10/9/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 11/6/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 12/6/2019 | Trustee Payment | | | | $265.68 | $0.00 | | |
| 12/6/2019 | Pre Petition Applied | 9/1/2017 | | | $265.68 | $0.00 | | |
| 12/6/2019 | Pre Petition Applied | 10/1/2017 | | | $265.68 | $0.00 | | |
| 12/6/2019 | Pre Petition Applied | 11/1/2017 | | | $265.68 | $0.00 | | |
| 12/6/2019 | Pre Petition Applied | 12/1/2017 | | | $265.68 | $0.00 | | |

**Highlighted note:** APO entered 4/22/20 covering 12/1/17-3/1/20 IAO $20,463.14. Stip payments due 4/15/20-8/15/20 IAO $3,410.52. Final stip payment due 9/15/20 IAO $3,410.54. Regular resume 4/1/20.

(Additional rows continuing with amounts $265.68, running totals culminating in $15,158.31)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **RESPONSE TO NOTICE OF FINAL CURE** in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

**Via U.S. Mail**
**Timothy L Byrd**
1918 Guy Way
Dundalk, MD 21222

**Silvia Byrd**
1918 Guy Way
Dundalk, MD 21222


**Via CM/ECF electronic service:**
**Nicholas J. DelPizzo, III**
7222 Holabird Avenue
Baltimore, MD 21222

**Robert S. Thomas, II**
300 E Joppa Road, Suite 409
Towson, MD 21286

**US Trustee - Baltimore, 11**
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201


This 9TH day of July, 2020

/s/ Christopher T. Peck
Christopher T. Peck
Maryland Bar No. 19622
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092
404-474-7149
cpeck@mtglaw.com